HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STEPHEN KING AND KARIN PEARSON-KING,<br><br>　　　　　　　Plaintiffs,<br>v.<br>SHERIFF GARY LUCAS, individually and as employee, agent and/or Sheriff for Clark County, et al.,<br><br>　　　　　　　Defendants. | NO. C09-5751 BHS<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE<br><br>Note for Calendar:  when filed |

This matter comes before the court on the stipulation of the parties as shown by the signatures of their counsel below, and the court being advised that the matter has been resolved by out of court settlement,

IT IS HEREBY ORDERED that all claims, counterclaims and all other matters before the court in this cause are hereby dismissed, with prejudice, and each party is responsible for its own costs and fees.

Dated this _____ day of _____, 2010.


_____
Honorable Benjamin H. Settle, US District Court Judge

IT IS SO STIPULATED:

(signatures on following page)

Stipulated Order of Dismissal with Prejudice
NO. C09-5751 BHS - 1

Josephine C. Townsend  WSBA 31965
211 E. 11th Street Suite 104
Vancouver, WA 98660
360-694-7601   Facsimile: 360-694-7602

/s/
Josephine C. Townsend
Attorney at Law WSBA 31965
211E. 11th Street Suite 104
Vancouver WA 98660
Telephone 360-694-7601
Facsimile: 360-694-7602
jctownsend@aol.com
of attorneys for Plaintiffs


/s/
Curtis G. Wyrick
Clark County Prosecuting Attorney's Office
curt.wyrick@clark.wa.gov
of attorneys for Defendants Clark County, Arthur Curtis, Dustin Richardson, Kim Farr, Garry Lucas, Michael e. Cooke, Anthony Spainhower, Francine M. Reis, in their individual or representative capacities


/s/
Martin Rall
Lachenmeier Enloe Rall & Heinson
Of attorneys for defendants L.C., Jeffrey Collins and Beverly Collins

Stipulated Order of Dismissal with Prejudice
NO. C09-5751 BHS - 2

Josephine C. Townsend  WSBA 31965
211 E. 11th Street Suite 104
Vancouver, WA 98660
360-694-7601   Facsimile: 360-694-7602