**HONORABLE BENJAMIN H. SETTLE**

James E. Baker
Jerry J. Moberg & Associates
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356
Attorneys for defendant YWCA Clark County

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STEPHEN KING and KARIN PEARSON-KING,<br><br>                    Plaintiffs,<br>v.<br><br>SHERIFF GARY LUCAS, et al.,<br><br>                    Defendants. | NO. C09-5751 BHS<br><br>ORDER OF DISMISSAL AS TO DEFENDANT YWCA CLARK COUNTY |

THIS MATTER coming before the court upon the application of the plaintiffs and defendant YWCA Clark County, and it appearing by the signatures of counsel that there is agreement that this order may be entered, and the court having reviewed the files and records and being fully advised; now, therefore:

\\Legal-main\LawData\WPWIN\YWCA of Clark County\King v YWCA of Clark County (NPIP)\Pleadings - Misc\147270.doc

Order of Dismissal as to Defendant YWCA Clark County
Page -- 1

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

IT IS HEREBY ORDERED that this action against defendant WYCA Clark County be and is dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this ___ day of _____, 2010.

_____
THE HON. BENJAMIN H. SETTLE
U.S. District Court Judge

Presented by:

JERRY J. MOBERG & ASSOCIATES

_____
JAMES E. BAKER, WSBA No. 9459
Attorney for defendant YWCA Clark County

Agreed to and Notice of Presentation Waived:

_____
JOSEPHINE C. TOWNSEND, WSBA No. 31965
Attorney for plaintiffs

\\Legal-main\LawData\WPWIN\YWCA of Clark County\King v YWCA of Clark County (NPIP)\Pleadings - Misc\147270.doc

Order of Dismissal as to Defendant YWCA Clark County
Page -- 2

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202